# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.: 1:09-CV-235-VEH** |
| ) | |
| **SAMUEL E. GAYTON, MD,** ) | |
| ) | |
| **Defendant.** ) | |

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on February 17, 2009; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant is indebted to Plaintiff in the principal sum of $26,173.97, court costs of $350.00 pursuant to 28 U.S.C. § 2412(a) (2), accrued interest of $544.34 through April 28, 2009 at the daily rate of interest of $3.41 until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum, administrative charges of $.00, and costs of Process Service of $55.00.

4. Plaintiff is due to recover from Defendant the total sum of $27,123.31, plus interest from April 28, 2009, until date of judgment at the daily rate of interest of $3.41 and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

    **DONE** this the 30th day of April, 2009.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge